738 A.2d 369

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. PAUL COLLIER, A/K/A PUFF, DEFENDANT–RESPONDENT.

Argued September 28, 1999—Decided October 28, 1999.

*Charles Ouslander,* Assistant Prosecutor, argued the cause for appellant (*Daniel G. Giaquinto,* Mercer County Prosecutor, attorney; *Mr. Ouslander* and *Kimberly M. Lacken,* Assistant Prosecutor, of counsel and on the briefs).

*Mark H. Friedman,* Assistant Deputy Public Defender, argued the cause for respondent (*Ivelisse Torres,* Public Defender, attorney).

*Bennett A. Barlyn,* Deputy Attorney General, argued the cause for *amicus curiae* Attorney General of New Jersey (*John J. Farmer, Jr.,* Attorney General, attorney).

*Eric Tunis* argued the cause for *amicus curiae* Association of Criminal Defense Lawyers of New Jersey.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Steinberg's opinion of the Appellate Division, reported at 316 *N.J.Super.* 181, 719 *A.*2d 1276 (1998).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, GARIBALDI, STEIN, COLEMAN, VERNIERO, and LONG—7.

*Opposed*—None.